**580**

Wesley W. Whitmyer, Jr., Andy I. Corea, St. Onge Steward Johnston, Stamford, CT, for Appellant.

ON MOTION

*ORDER*

Upon consideration of the joint motion to dismiss this appeal, due to settlement,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All other pending motions are moot.

(3) Each side shall bear its own costs.

ON MOTION

*ORDER*

Norbet Steven Wilcox moves for leave to proceed in forma pauperis.

The court notes that Wilcox has not responded to the court's May 29, 2009 order concerning this court's lack of jurisdiction in this case.

Accordingly,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) The motion to leave to proceed in forma pauperis is denied as moot.

**Norbet Steven WILCOX, Petitioner–Appellant,**

v.

**James L. MORGAN, Warden, Respondent–Appellee.**

No. 2009–1340.

United States Court of Appeals, Federal Circuit.

June 25, 2009.

Todd D. Ferguson, Frankfort, KY, for Respondent–Appellee.

Norbet Steven Wilcox, West Liberty, KY, pro se.

**FAIRCHILD SEMICONDUCTOR CORPORATION, Plaintiff–Appellee,**

v.

**THIRD DIMENSION (3D) SEMICONDUCTOR, INC., Defendant–Appellant.**

No. 2009–1168.

United States Court of Appeals, Federal Circuit.

June 26, 2009.

Robert H. Stier Jr., Michael J. Sullivan, Sean L. Sweeney, Pierce Atwood, Portland, ME, for Plaintiff-Appellee.